

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2015

No. 04-14-00887-CR

Ricky Allenwentzel **CALBAT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR14-049
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Before the Court is the State's Motion to Abate for Sentencing requesting this Court issue an order holding this appeal in abatement and remanding the cause to the trial court with instructions to pronounce sentence in Appellant's presence. The State explains the trial court's Certification of Right to Appeal contains a handwritten notation stating, "Defendant did not appear for sentencing."

Sentence must be pronounced in the defendant's presence unless one of the circumstances listed in Code of Criminal Procedure art. 42.14 applies. TEX. CODE CRIM. PROC. ANN. arts. 42.03. 42.14 (West Supp. 2014). The record before this Court does not reveal whether one of the exceptions to this general rule listed in Article 42.14 applies in this case.

For this reason, Appellant must file a response to the State's Motion to Abate on or before July 31, 2015, stating whether or not one of the exceptions listed in Article 42.14 applies in this case. If Appellant believes one of the exceptions does not apply, Appellant shall provide briefing on the issue whether the appeal should be abated or dismissed for want of jurisdiction.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2015.



Keith E. Hottle
Clerk of Court